

NUMBER 13-14-00315-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE ESTATE OF LAVERNE (TOBY) SMITH, DECEASED

**On Appeal from the County Court
of Lavaca County, Texas**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria
Memorandum Opinion Per Curiam**

This cause is before the Court on the record and a "Joint Motion to Dismiss" filed by the parties to this appeal. According to the motion, the parties entered into a binding settlement agreement on March 5, 2015 which addressed all issues raised in this appeal. Consequently, the parties request that we dismiss this appeal.

The Court, having examined and fully considered the documents on file and the joint motion to dismiss, is of the opinion that the joint motion to dismiss the appeal should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and

the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pending motions, if any, are likewise DISMISSED. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
1st day of September, 2015.